■ DUANE FLINT, Respondent, v JERRY L. CORNELL, Appellant. [999 NYS2d 908]—Appeal from an order of the Supreme

Court, Steuben County (Peter C. Bradstreet, A.J.), entered September 24, 2013. The order, among other things, denied defendant's motion to dismiss for want of prosecution.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Sconiers and Whalen, JJ.